HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
JESUS A. OSETE
Principal Deputy Assistant Attorney General
ROBERT J. KEENAN (SBN 151094)
Senior Counsel
    U.S. Department of Justice
    Civil Rights Division
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530
    Telephone: (202) 305-2566
    E-Mail: robert.keenan@usdoj.gov

CRAIG H. MISSAKIAN
United States Attorney
    450 Golden Gate Avenue
    Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-04863-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER (1) EXTENDING DEFENDANTS' TIME TO ANSWER/RESPOND TO COMPLAINT, (2) SETTING SCHEDULE FOR MOTION TO DISMISS, AND (3) GRANTING PARTIES LEAVE TO FILE OVERSIZE BRIEFS** |

    Plaintiff the State of California ("Plaintiff") and defendants United States Department of Justice ("DOJ"); Pamela Bondi, in her official capacity as the United States Attorney General; Harmeet K. Dhillon, in her official capacity as the Assistant Attorney General for DOJ's Civil Rights Division; and the United States of America (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

**RECITALS**

On June 9, 2025, Plaintiff filed its complaint in the above-captioned action.

On June 16, 2025, Plaintiff served the complaint on Defendant via service on the United States Attorney's Office for the Northern District of California.

Plaintiffs has agreed that Defendants may have an additional seven (7) days to answer or otherwise respond to the complaint, which shall extend the deadline for any such filing to Friday, August 22, 2025. The parties note that this extension will not alter the date of any event or any deadline already fixed by Court order, and therefore, pursuant to Local Rule 6-1(a), this aspect of the Stipulation is permissible and effective without a Court order.  The parties intend to evaluate whether other case management dates should be continued after Plaintiff has a chance to review Defendants' motion to dismiss.

Defendants' counsel have advised Plaintiff's counsel that Defendants intend to file a motion to dismiss the complaint, and the parties have determined that it is beneficial to all parties to set a briefing schedule at this time for purposes of the expected motion to dismiss.

Defendants' counsel have advised Plaintiff's counsel of the general issues that Defendants intend to raise in the motion to dismiss, including standing and ripeness as to all of Plaintiffs' claims and additional arguments regarding Plaintiff's APA claim (*e.g.*, no final agency action and a matter within agency discretion) and Plaintiff's ultra vires claim(s) (*e.g.*, failure to allege clear statutory prohibition, etc.).  Based on the nature of the contemplated motion to dismiss and the fact that it challenges five separate causes of action, counsel for both parties agree that the parties and the Court would benefit if the parties are allowed to have up to 25 pages on their primary briefs — *i.e.*, 25 pages for Defendant's motion and 25 pages for Plaintiff's opposition — and 15 pages for Defendants' reply brief.  Thus, the parties agree that there is good cause to allow the parties to file briefs that exceed the 15-page limit set forth in the Court's standing order.

**STIPULATIONS**

Based on the foregoing, the parties hereby STIPULATE and AGREE, and ask the Court to enter the accompanying proposed order, as follows:

1. Pursuant to Local Rule 6-1(a), the parties stipulate and agree that the time within which Defendants shall answer or otherwise respond to the complaint shall be extended seven (7) days to Friday, August 22, 2025.

2. In anticipation of Defendants' motion to dismiss, the parties agree, subject to the Court's approval, on the following schedule for that motion: (1) the motion will be scheduled for Friday, October 10, 2025; (2) Plaintiff's opposition shall be filed no later than September 15, 2025; and (3) Defendants' reply brief shall be filed no later than September 26, 2025.

3. The parties agree, subject to the Court's approval, that the parties may file briefs that exceed the standard page limits set forth in the Court's standing order, namely, as follows: 25 pages for Defendant's motion, 25 pages for Plaintiff's opposition, and 15 pages for Defendants' reply brief. Consistent with the Court's standing order, the parties agree that required notices, tables, and the Local Rules' summary of argument will not count against these page limits.

IT IS SO STIPULATED.

DATE: August 15, 2025.

HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
JESUS A. OSETE
Principal Deputy Assistant Attorney General

*/s/ Robert J. Keenan*

ROBERT J. KEENAN
Senior Counsel
*Attorneys for Defendants*

DATE: August 15, 2025.

ROB BONTA
California Attorney General

*/s/ Ezra Kautz*

EZRA KAUTZ
Deputy Attorney General
*Attorneys for Plaintiff*

## ATTESTATION

I, Robert J. Keenan, hereby attest under penalty of perjury that in compliance with Civil Local Rule 5-1(h)(3), I have obtained the concurrence in the filing of this document from Ezra Kautz, Esq., attorney for Plaintiff. Executed on August 15, 2025, at Washington, D.C.

*/s/ Robert J. Keenan*
Robert J. Keenan

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: August ___, 2025.

                                               CHARLES R. BREYER
                                      UNTIED STATES DISTRICT JUDGE