1  HARMEET K. DHILLON
   Assistant Attorney General
2  Civil Rights Division
   JESUS A. OSETE
3  Principal Deputy Assistant Attorney General
   ROBERT J. KEENAN (SBN 151094)
4  Senior Counsel
       U.S. Department of Justice
5      Civil Rights Division
       950 Pennsylvania Avenue, NW
6      Washington, D.C.  20530
       Telephone:  (202) 305-2566
7      E-Mail:  robert.keenan@usdoj.gov

8  CRAIG H. MISSAKIAN
   United States Attorney
9      450 Golden Gate Avenue
       Box 36055
10     San Francisco, CA  94102-3495
       Telephone:  (415) 436-7200
11     FAX:        (415) 436-6748

12 *Attorneys for Defendants*

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16 STATE OF CALIFORNIA,                )   Case No. 3:25-cv-04863-CRB
                                       )
17           Plaintiff,                )   **STIPULATION AND [PROPOSED] ORDER
                                       )   (1) EXTENDING DEFENDANTS' TIME TO
18      v.                             )   ANSWER/RESPOND TO COMPLAINT,
                                       )   (2) SETTING SCHEDULE FOR MOTION TO
19 UNITED STATES DEPARTMENT OF         )   DISMISS, AND (3) GRANTING PARTIES
   JUSTICE, *et al*.,                  )   LEAVE TO FILE OVERSIZE BRIEFS**
20                                     )
             Defendants.               )
21                                     )
                                       )
22 _____)

23         Plaintiff the State of California ("Plaintiff") and defendants United States Department of Justice

24 ("DOJ"); Pamela Bondi, in her official capacity as the United States Attorney General; Harmeet K.

25 Dhillon, in her official capacity as the Assistant Attorney General for DOJ's Civil Rights Division; and

26 the United States of America (collectively, "Defendants"), by and through their respective counsel of

27 record, hereby stipulate as follows:

28

# RECITALS

On June 9, 2025, Plaintiff filed its complaint in the above-captioned action.

On June 16, 2025, Plaintiff served the complaint on Defendant via service on the United States Attorney's Office for the Northern District of California.

Plaintiffs has agreed that Defendants may have an additional seven (7) days to answer or otherwise respond to the complaint, which shall extend the deadline for any such filing to Friday, August 22, 2025. The parties note that this extension will not alter the date of any event or any deadline already fixed by Court order, and therefore, pursuant to Local Rule 6-1(a), this aspect of the Stipulation is permissible and effective without a Court order. The parties intend to evaluate whether other case management dates should be continued after Plaintiff has a chance to review Defendants' motion to dismiss.

Defendants' counsel have advised Plaintiff's counsel that Defendants intend to file a motion to dismiss the complaint, and the parties have determined that it is beneficial to all parties to set a briefing schedule at this time for purposes of the expected motion to dismiss.

Defendants' counsel have advised Plaintiff's counsel of the general issues that Defendants intend to raise in the motion to dismiss, including standing and ripeness as to all of Plaintiffs' claims and additional arguments regarding Plaintiff's APA claim (*e.g.*, no final agency action and a matter within agency discretion) and Plaintiff's ultra vires claim(s) (*e.g.*, failure to allege clear statutory prohibition, etc.). Based on the nature of the contemplated motion to dismiss and the fact that it challenges five separate causes of action, counsel for both parties agree that the parties and the Court would benefit if the parties are allowed to have up to 25 pages on their primary briefs — *i.e.*, 25 pages for Defendant's motion and 25 pages for Plaintiff's opposition — and 15 pages for Defendants' reply brief. Thus, the parties agree that there is good cause to allow the parties to file briefs that exceed the 15-page limit set forth in the Court's standing order.

# STIPULATIONS

Based on the foregoing, the parties hereby STIPULATE and AGREE, and ask the Court to enter the accompanying proposed order, as follows:

1. Pursuant to Local Rule 6-1(a), the parties stipulate and agree that the time within which Defendants shall answer or otherwise respond to the complaint shall be extended seven (7) days to Friday, August 22, 2025.

2. In anticipation of Defendants' motion to dismiss, the parties agree, subject to the Court's approval, on the following schedule for that motion: (1) the motion will be scheduled for Friday, October 10, 2025; (2) Plaintiff's opposition shall be filed no later than September 15, 2025; and (3) Defendants' reply brief shall be filed no later than September 26, 2025.

3. The parties agree, subject to the Court's approval, that the parties may file briefs that exceed the standard page limits set forth in the Court's standing order, namely, as follows: 25 pages for Defendant's motion, 25 pages for Plaintiff's opposition, and 15 pages for Defendants' reply brief. Consistent with the Court's standing order, the parties agree that required notices, tables, and the Local Rules' summary of argument will not count against these page limits.

IT IS SO STIPULATED.

DATE: August 15, 2025.   HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
JESUS A. OSETE
Principal Deputy Assistant Attorney General

 */s/ Robert J. Keenan*

ROBERT J. KEENAN
Senior Counsel
*Attorneys for Defendants*

DATE: August 15, 2025.   ROB BONTA
California Attorney General

 */s/ Ezra Kautz*

EZRA KAUTZ
Deputy Attorney General
*Attorneys for Plaintiff*

## **ATTESTATION**

I, Robert J. Keenan, hereby attest under penalty of perjury that in compliance with Civil Local Rule 5-1(h)(3), I have obtained the concurrence in the filing of this document from Ezra Kautz, Esq., attorney for Plaintiff. Executed on August 15, 2025, at Washington, D.C.

 */s/ Robert J. Keenan*
Robert J. Keenan

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: August  19 , 2025.

_____
CHARLES R. BREYER
UNTIED STATES DISTRICT JUDGE