1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:25-cv-04863-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(1), (b)(6)] |

On August 22, 2025, defendants United States Department of Justice ("DOJ"); Pamela Bondi, in her official capacity as the United States Attorney General; Harmeet K. Dhillon, in her official capacity as the Assistant Attorney General for DOJ's Civil Rights Division; and the United States of America (collectively, "Defendants") filed a motion to dismiss the complaint for lack of subject matter jurisdiction and failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). On September 15, 2025, plaintiff State of California ("Plaintiff") filed its opposition, and Defendants filed their reply brief on September 26, 2025. On October 10, 2025, the Court heard argument on the motion.

Having considered the allegations of the complaint (Dkt. #1) and the parties' briefing and argument, the Court HEREBY GRANTS the motion to dismiss.

1 | Accordingly, the complaint on file in the above-captioned action is HEREBY DISMISSED [with/without] prejudice.  [Plaintiff shall have leave to file an amended complaint within 30 days of the date of this Order.]

IT IS SO ORDERED.

DATE: October ___, 2025.

_____
CHARLES R. BREYER
UNTIED STATES DISTRICT JUDGE