IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Case No. 25-cv-04863-CRB<br><br>**ORDER RE-SETTING BRIEFING AND HEARING SCHEDULE** |

The Court, having received Defendants' motion to dismiss the complaint in this matter, see MTD (dkt. 16), hereby RE-SETS the briefing and hearing schedule as follows:

- Plaintiff's opposition to the motion to dismiss is due on or before September 26, 2025.
- Defendants' reply in support of the motion to dismiss is due on or before October 24, 2025.
- The motion hearing will be on December 5, 2025.

**IT IS SO ORDERED.**

Dated: August 28, 2025

CHARLES R. BREYER
United States District Judge