# Exhibit "1"

# Ezra Kautz

| | |
|---|---|
| **From:** | Keenan, Robert (CRT) <Robert.Keenan@usdoj.gov> |
| **Sent:** | Tuesday, August 26, 2025 7:23 AM |
| **To:** | Ezra Kautz |
| **Cc:** | Joel Marrero; Elia Herrera |
| **Subject:** | RE: California v. U.S. Department of Justice, et al., Case No. 3:25-CV-04863-CRB |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks. I accepted the invite a moment ago.

---

**From:** Ezra Kautz <Ezra.Kautz@doj.ca.gov>
**Sent:** Monday, August 25, 2025 6:46 PM
**To:** Keenan, Robert (CRT) <Robert.Keenan@usdoj.gov>
**Cc:** Joel Marrero <Joel.Marrero@doj.ca.gov>; Elia Herrera <Elia.Herrera@doj.ca.gov>
**Subject:** [EXTERNAL] RE: California v. U.S. Department of Justice, et al., Case No. 3:25-CV-04863-CRB

I sent a Teams invite for Wednesday at 3pm. I look forward to speaking then. Thank you

---

**From:** Keenan, Robert (CRT) <Robert.Keenan@usdoj.gov>
**Sent:** Monday, August 25, 2025 3:04 PM
**To:** Ezra Kautz <Ezra.Kautz@doj.ca.gov>
**Cc:** Joel Marrero <Joel.Marrero@doj.ca.gov>
**Subject:** RE: California v. U.S. Department of Justice, et al., Case No. 3:25-CV-04863-CRB

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Let's do the teleconference on Wednesday anytime from 1:00 – 5:00 p.m. your time (PST).

Just tell me what time works best for you, and that'll be fine with me.

---

**From:** Ezra Kautz <Ezra.Kautz@doj.ca.gov>
**Sent:** Monday, August 25, 2025 4:01 PM
**To:** Keenan, Robert (CRT) <Robert.Keenan@usdoj.gov>
**Cc:** Joel Marrero <Joel.Marrero@doj.ca.gov>
**Subject:** [EXTERNAL] RE: California v. U.S. Department of Justice, et al., Case No. 3:25-CV-04863-CRB

Yes, that makes sense to discuss. We would not agree to an open-ended stay of discovery, but I do not see an urgent need to set case deadlines at this time.

---

**From:** Keenan, Robert (CRT) <Robert.Keenan@usdoj.gov>
**Sent:** Monday, August 25, 2025 12:07 PM

**To:** Ezra Kautz <Ezra.Kautz@doj.ca.gov>
**Cc:** Joel Marrero <Joel.Marrero@doj.ca.gov>
**Subject:** RE: California v. U.S. Department of Justice, et al., Case No. 3:25-CV-04863-CRB

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I'm available on Wednesday and Thursday.   Let me check with co-counsel to see when he's available.

Also, in light of the Court's sua sponte decision to vacate the ICM conference, I do think we have grounds to move these Rule 26 dates.  It's an assumption on my part (since the Court did not say why it was vacating the ICM conference), but the Court presumably did not think it was worth having the ICM conference on calendar while a motion to dismiss is pending.

So, something to think about.  Perhaps we can discuss this during our teleconference.


**From:** Ezra Kautz <Ezra.Kautz@doj.ca.gov>
**Sent:** Monday, August 25, 2025 2:50 PM
**To:** Keenan, Robert (CRT) <Robert.Keenan@usdoj.gov>
**Cc:** Joel Marrero <Joel.Marrero@doj.ca.gov>
**Subject:** [EXTERNAL] RE: California v. U.S. Department of Justice, et al., Case No. 3:25-CV-04863-CRB

Robert,

Although the court vacated the case management conference, our deadline to confer under Rule 26(f) remains this Friday. Please let me know when you are available for a phone or video call. I am available Wednesday any time, Thursday 11-3, or Friday 9:30-3 (all times Pacific). This list of topics is long, so I suggest scheduling one hour.

Thank you,

Ezra Kautz
Deputy Attorney General
Civil Rights Enforcement Section
California Department of Justice
1300 I Street
Sacramento, CA 95814
Office: (916) 210-6346
ezra.kautz@doj.ca.gov


**From:** Keenan, Robert (CRT) <Robert.Keenan@usdoj.gov>
**Sent:** Thursday, August 14, 2025 3:45 PM
**To:** Edward Nugent <Edward.Nugent@doj.ca.gov>
**Cc:** Joel Marrero <Joel.Marrero@doj.ca.gov>; Ezra Kautz <Ezra.Kautz@doj.ca.gov>; Jonathan Benner <Jonathan.Benner@doj.ca.gov>; Elia Herrera <Elia.Herrera@doj.ca.gov>; Keenan, Rob (USACAC)

<Rob.Keenan@usdoj.gov>
**Subject:** RE: California v. U.S. Department of Justice, et al., Case No. 3:25-CV-04863-CRB

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Just to let you know, I am now receiving your e-mails.

Thanks.

---

**From:** Edward Nugent <Edward.Nugent@doj.ca.gov>
**Sent:** Thursday, August 14, 2025 3:53 PM
**To:** Keenan, Robert (CRT) <Robert.Keenan@usdoj.gov>
**Cc:** Joel Marrero <Joel.Marrero@doj.ca.gov>; Ezra Kautz <Ezra.Kautz@doj.ca.gov>; Jonathan Benner <Jonathan.Benner@doj.ca.gov>; Elia Herrera <Elia.Herrera@doj.ca.gov>
**Subject:** [EXTERNAL] RE: California v. U.S. Department of Justice, et al., Case No. 3:25-CV-04863-CRB

Hi Robert,

Thank you for reaching out. In light of *USA v. CIF*, I'm no longer leading in *California v. U.S. DOJ*, but I've added my colleagues to this thread—Ezra Kautz is our new lead on the matter. We have a team meeting scheduled for this afternoon, so we should be able to discuss the proposals on page limits, the extension of time, and the ADR deadlines and get back to you shortly.

Best,

---

**From:** Keenan, Robert (CRT) <Robert.Keenan@usdoj.gov>
**Sent:** Thursday, August 14, 2025 12:45 PM
**To:** Edward Nugent <Edward.Nugent@doj.ca.gov>
**Cc:** Anthony Pinggera <Anthony.Pinggera@doj.ca.gov>; Jonathan Benner <Jonathan.Benner@doj.ca.gov>
**Subject:** RE: California v. U.S. Department of Justice, et al., Case No. 3:25-CV-04863-CRB

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Also, in light of the contemplated motion to dismiss, it's probably a good idea to continue the ADR deadlines that were set in the Court's initial scheduling order. Perhaps 60 days after the Court rules on the motion or the filing of any answer, if required?

---

**From:** Keenan, Robert (CRT)
**Sent:** Thursday, August 14, 2025 3:39 PM
**To:** Edward Nugent <edward.nugent@doj.ca.gov>
**Cc:** anthony.pinggera@doj.ca.gov; jonathan.benner@doj.ca.gov
**Subject:** California v. U.S. Department of Justice, et al., Case No. 3:25-CV-04863-CRB

Ed:

I have prepared a motion to dismiss for purposes of the above-referenced case. It raises standing, ripeness, and other arguments (e.g., no final agency action as to the APA claim, and no clear statutory prohibition as to Counts 2 and 3). However, it is 23.5 pages, which is over the 15-page limit set in Judge Breyer's standing order for motions, except SJMs.

I propose a stipulation that grants both parties leave to file primary briefs up to 25 pages regarding the motion. So, our motion and your opposition could both be up to 25 pages.

So that we can know whether the Court will approve the stipulation before we file our motion, I also propose a stipulation extending the defendants' response date 7 days, from tomorrow to Friday of next week.

Please advise as your position on these proposed stipulations. I'm also available by cell or my desk phone if you'd like to discuss.

**Robert J. Keenan**
**Senior Counsel**
**Office of Assistant Attorney General**
**U.S. Department of Justice, Civil Rights Division**
**950 Pennsylvania Avenue, N.W.**
**Washington, D.C.   20530**
**Desk:   (202) 305-2566**
**Cell:    (202) 230-2216**

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.