IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF JUSTICE, et al.,**<br><br>Defendants. | Case No. 3:25-cv-04863-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF CASE MANAGEMENT DATES AND [TO] STAY DISCOVERY** |

The Court, having received and considered Defendants' Administrative Motion for Continuance of Case Management Dates and [to] Stay Discovery, and Plaintiff's Partial Opposition thereto, and no good cause to stay discovery being shown, DENIES the Motion and Orders as follows:

1.  Defendants' request to stay discovery is denied without prejudice to any party moving for a protective order, following the parties' meeting and conferring pursuant to Rule 26(c)(1) and the filing of a notice of discovery dispute and assignment to a magistrate judge.

1

1      2.  Defendants' remaining requests are denied without prejudice. The parties are directed to

2          meet and confer further.

3

4    Dated:  _____                _____

                                                        The Honorable Charles R. Breyer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28