IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 3:25-cv-04863-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |

　　　The Court, having received and considered Defendants' Motion to Dismiss and Plaintiff's Opposition thereto, DENIES the Motion. Defendants must file an answer in accordance with Rule 12(a)(4).

Dated: _____      _____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Charles R. Breyer