# Exhibit "A"



← **Truth Details**
2349 replies

**Donald J. Trump**
@realDonaldTrump

California, under the leadership of Radical Left Democrat Gavin Newscum, continues to ILLEGALLY allow "MEN TO PLAY IN WOMEN'S SPORTS." This week a transitioned Male athlete, at a major event, won "everything," and is now qualified to compete in the "State Finals" next weekend. As a Male, he was a less than average competitor. As a Female, this transitioned person is practically unbeatable. THIS IS NOT FAIR, AND TOTALLY DEMEANING TO WOMEN AND GIRLS. Please be hereby advised that large scale Federal Funding will be held back, maybe permanently, if the Executive Order on this subject matter is not adhered to. The Governor, himself, said it is "UNFAIR." I will speak to him today to find out which way he wants to go??? In the meantime I am ordering local authorities, if necessary, to not allow the transitioned person to compete in the State Finals. This is a totally ridiculous situation!!!

**7.91k** ReTruths   **29.3k** Likes                    May 27, 2025, 6:07 AM

---

**Truth Social uses cookies**

Truth Social uses session cookies to help provide you with a fast and consistent user experience. These cookies are essential for the Truth Social service to work as intended. Truth Social also employs a third-party cookie to protect its website from harmful automated attacks.

Learn more     Accept

## Truth Social uses cookies

Truth Social uses session cookies to help provide you with a fast and consistent user experience. These cookies are essential for the Truth Social service to work as intended. Truth Social also employs a third-party cookie to protect its website from harmful automated attacks.