# Exhibit "B"



← **Truth Details**
2852 replies

**Donald J. Trump**
@realDonaldTrump

A Biological Male competed in California Girls State Finals, WINNING BIG, despite the fact that they were warned by me not to do so. As Governor Gavin Newscum fully understands, large scale fines will be imposed!!!

**9.16k** ReTruths    **41.3k** Likes                    Jun 02, 2025, 9:56 PM

### Truth Social uses cookies

Truth Social uses session cookies to help provide you with a fast and consistent user experience. These cookies are essential for the Truth Social service to work as intended. Truth Social also employs a third-party cookie to protect its website from harmful automated attacks.

Learn more    Accept

**Truth Social uses cookies**

Truth Social uses session cookies to help provide you with a fast and consistent user experience. These cookies are essential for the Truth Social service to work as intended. Truth Social also employs a third-party cookie to protect its website from harmful automated attacks.