UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>   Defendants. | Case No. 3:25-cv-04863-CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR STAY OF BRIEFING SCHEDULE DUE TO LACK OF APPROPRIATIONS |

On October 2, 2025, defendants United States Department of Justice, et al., filed a motion for an order staying the briefing schedule on Defendants' pending motion to dismiss (Dkt. #16) — *i.e.*, staying the time by which Defendants must file their reply brief in support of the motion to dismiss — due to the lapse of federal appropriations to the Department of Justice.  In support of the motion, Defendants' counsel advises the Court that Plaintiff's counsel does not oppose the motion for stay

Good cause appearing thereon, Defendants' motion for stay is hereby GRANTED.  Accordingly, the current deadline for Defendants to file their reply brief on the motion to dismiss (October 24, 2025) is hereby extended commensurate with the duration of the lapse in appropriations — *i.e.*, it is extended by the total number of days of the lapse in appropriations.

1   Counsel for Defendants shall promptly file a notice with the Court as soon as the government
2   shutdown has ended, and that notice shall specify the new deadline for the filing of Defendants' reply
3   brief on the motion to dismiss.
4   IT IS SO ORDERED.
5   DATE: October __6__, 2025.

CHARLES R. BREYER
UNTIED STATES DISTRICT JUDGE